**DAVID R. OWENS**, CA State Bar No. 180829
dowens@owenstarabichi.com
**OWENS TARABICHI LLP**
111 N. Market St., Suite 730
San Jose, California 95113
Telephone:   408-298-8200
Facsimile:    408-521-2203
*Pro Hac Vice*

Robert A. Huntsman. ISB #5345
HUNTSMAN LAW GROUP, PLLC
10400 W. Overland Road, #174
Boise, ID  83709

Attorneys for Plaintiff
Clip Ventures LLC

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| CLIP VENTURES LLC, a California limited liability company,<br><br>             Plaintiff,<br><br>vs.<br><br>U-DIG-IT ENTERPRISES, INC., an Oregon corporation,<br><br>             Defendant. | Case No. 1:10-cv-00529-EJL<br><br>**STIPULATED DISMISSAL PURSUANT TO FED. R. CIV. P. 41** |

Plaintiff, Clip Ventures LLC and Defendant U-Dig-It Enterprises, Inc. stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) that this action be dismissed with prejudice, each side to bear its own costs and attorneys' fees.

Dated: January 18, 2011

Respectfully submitted,

OWENS TARABICHI LLP

By /s/ David R. Owens
    David R. Owens
    Attorneys for Plaintiff
    Clip Ventures LLC

HUNTSMAN LAW GROUP, PLLC

By /s/Robert A. Huntsman
    Robert A. Huntsman
    Attorneys for Plaintiff
    Clip Ventures LLC

DYKAS & SHAVER, LLP

By /s/ Elizabeth Herbst Schierman
    Elizabeth Herbst Schierman
    Attorneys for Defendant
    U-Dig-It Enterprises, Inc.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 18th day of January, 2011, I filed the following:

**STIPULATED DISMISSAL PURSUANT TO FED. R. CIV. P. 41**

electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

> Elizabeth Herbst Schierman, Attorney for Defendant U-Dig-It
> (schierman@dykaslaw.com, ecf@dykaslaw.com, EHSchierman@dsnlaw.com, EHSchierman@gmail.com)

Date:  January 18, 2011     By:   /s/ David R. Owens

David R. Owens
Attorney for Plaintiff Clip Ventures, LLC
Admitted *Pro Hac Vice*